**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*PA 1810*

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 954 W Emaus Ave Apt 123 Allentown

Address of Defendant: 700 Northern Boulevard Brook-

Place of Accident, Incident or Transaction: Ville NY 11548

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☑ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 07/05/19 _____ _____
                 Attorney-at-Law / Pro Se Plaintiff       Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☑ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____ _____ _____
                                 Attorney-at-Law / Pro Se Plaintiff       Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

FRANTZCEAU Hyppolite                    CIVIL ACTION

v.

long Island university                  NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.               ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                                                           ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )

07/05/19 _____ _____ _____
Date                     Attorney-at-law          Attorney for

(484) 935-9016                                    FRANTZCEAU.Hyppolite
Telephone          FAX Number          E-Mail Address          @ YAHOO
                                                               .com

(Civ. 660) 10/02

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

FRANTZCEAU Hyppolite

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

long Island
university

the school refused
to release my degree. by going to
long Island university,
I Have a total of $140,000. I only
hold the school less than $15,000
the school has a law firm freezed
my account for $22,000 without taking
me to Court.
Because the law firm freeze
my account. I am unable to pay
my student loan

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification
number and the name and address of your current place of confinement. Do the same for any additional
plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            FRANTZCEAU Hyppolite
             Street Address  954 W Emaus Ave Apt 123
             County, City    Allentown pA 18103
             State & Zip Code
             Telephone Number (484) 935-9016

Rev. 10/2009

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government
      agency, an organization, a corporation, or an individual.  Include the address where each defendant can be
      served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.
      Attach additional sheets of paper as necessary.

Defendant No. 1            Name _Long Island University_
                           Street Address _700, Northern Boul_
                           County, City _Brookville_
                           State & Zip Code _NY   11548_

Defendant No. 2            Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____

Defendant No. 3            Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____

Defendant No. 4            Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. §
1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      Q   Federal Questions            Q   Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
      issue? _____
      _____
      _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _Check below_

_____

B.   What date and approximate time did the events giving rise to your claim(s) occur? On June 05/19, I went to the store to buy some money order to my bills. When

C.   Facts: I swipe my Card, It was declining. When I called the pre-pay Card bank, they told me Kevin A. Stevens law offices freezes it for $22,000 more than that I hold the school. I send the law firm a verification letter to validate my debt. He never responses back to me. I think He freezes my money without taking to Court. I did not serve a Court letter.

## IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I can't pay my bills. I have student loans to pay every months

## V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am seeking money to pay my student loans. I am willing to pay the school if they promise to release degree. I am paying student loans for a degree. I don't even have yet. I need the school to release my degree. I find a better. Long Island university destroys my life.

Rev. 10/2009

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **07** day of **05** , 20 **19** .

Signature of Plaintiff

Mailing Address  954 W Emaus Ave
Apt 123 Allentown
PA 18103

Telephone Number  (484) 935-9016

Fax Number *(if you have one)*

E-mail Address  FRANTZCEAU.Hyppolite

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____


TransUnion

| N/R | X | OK | | 60 | 90 | 120 | COL | VS | RPO | C/O |
|-----|---|-----|---|----|----|-----|-----|-----|-----|-----|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 + days late | Collection | Voluntary Surrender | Repo-ssession | Charge |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adv added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if no the due date.

### ACS/NELNET  #53884****
501 BLEEKER STREET
UTICA, NY 13501
(800) 835-4611

| | | | | | | |
|---|---|---|---|---|---|---|
| Date Opened: | 03/21/2007 | Balance: | $0 | Pay Status: | Curre |
| Responsibility: | Individual Account | Date Updated: | 01/09/2015 | | Agree |
| Account Type: | Installment Account | Payment Received: | $25 | Terms: | $0 pe |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 01/07/2015 | | for 24 |
| | | High Balance: | $37,273 | Date Closed: | 01/09 |

>Maximum Delinquency of 120 
$1,245 and in 10/2014<

**Remarks:** CLOSED

| | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | 120 | 120 | 120 | 120 | 90 | 60 | O |

| | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | X | 120 | 120 | 120 | 120 | 90 | 60 | OK | O |

| | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X |

| | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X |

| | 08/2011 |
|---|---|
| Rating | OK |

### LONG ISLAND UNIVERSITY  #65710538845****
100 GLOBAL VIEW DRSUITE 800
WARRENDALE, PA 15086
(516) 299-2545

| | | | | | | |
|---|---|---|---|---|---|---|
| Date Opened: | 04/30/2008 | Balance: | $0 | Pay Status: | >Acc |
| Responsibility: | Individual Account | Date Updated: | 11/30/2013 | | a Col |
| Account Type: | Installment Account | Payment Received: | $2,886 | Terms: | $40 p |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 11/25/2014 | | Quar |
| | | High Balance: | $2,000 | Date Closed: | 11/30 |

 TransUnion

$ 14,300

Report Create
File Nu

## Personal Information

SSN: XXX-XX-4562
Your SSN has been masked for your protection.

You have been on our files since 06/01/2000
**Date of Birth:** 08/12/1977

**Names Reported:** FRANTZCEAU F. HYPPOLITE, FRANT CEAU HYPPOLITE, FRANTZGEAU F. HYPPOLITE and FRANTZLEAV HYPPOLITE

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 954 W EMAUS AVE APT 123, ALLENTOWN, PA 18103-6639 | 02/28/2014 |
| 435 WYANDOTTE ST, BETHLEHEM, PA 18015-1529 | 07/26/2013 |
| 460 E 21ST ST APT 5F, BROOKLYN, NY 11226-6044 | 08/01/2006 |
| 602 E 91ST ST, BROOKLYN, NY 11236-1023 | 05/13/2008 |
| 485 OCEAN AVE APT 5, BROOKLYN, NY 11226-2971 | 07/31/2010 |
| 27 E 32ND ST APT 1, BROOKLYN, NY 11226-4207 | 07/13/2008 |
| 411 OCEAN AVE APT 1, BROOKLYN, NY 11226-1752 | |
| 485 OCEAN AVE APT 5C, BROOKLYN, NY 11226-2913 | 01/01/2007 |
| 104 W PAOLI ST 954 W EMAUS AVE APT 123, ALLENTOWN, PA 18103 | 07/08/2018 |

### Telephone Numbers Reported:

| | | | | | |
|---|---|---|---|---|---|
| (484) 935-9016 | (484) 538-1485 | (718) 856-3215 | (917) 306-6407 | (718) 713-6090 | (610) 791-2509 |
| (718) 252-5770 | (935) 901-9016 | (718) 495-2590 | (718) 656-3215 | (347) 232-2566 | (718) 693-4911 |

### Employment Data Reported:

| Employer Name | Position | Date Verified |
|---|---|---|
| CINTAS | CLERK | 11/24/2014 |
| SHOP RITE | MANAGER | 08/01/2006 |

## Public Records

This section includes public record items from local, state and federal courts and other public record sources that TransUnion may have obtained itself or through a
In order to learn the identity of the third-party vendor (if any) that collected the public record item(s) in this section, please visit https://www.transunion.com/legal/pu
Discharged Chapter 7 bankruptcy remains on your file for up to 10 years.

### USBK COURT EASTERN NEW YORK Docket# 1242760

271 C CADMAN PLAZA EAST
SUITE 1595
BROOKLYN, NY 11201
(347) 394-1700

| | | | | | | |
|---|---|---|---|---|---|---|
| **Date Filed:** | 04/16/2012 | **Type:** | | CHAPTER 7 BANKRUPTCY DISCHARGED | **Court Type:** | US Ban |
| **Date Paid:** | 07/24/2012 | **Responsibility:** | | Individual Debt | **Plaintiff Attorney:** | ROBER |
| **Date Updated:** | 07/25/2012 | | | | | |

**Estimated month and year that this item will be removed:** 03/2022

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent ac
creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you
the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments tha
by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

## Sample Validation Letter

From:  Nicole Dodson (ndodson@consumerlawfirm.com)

To:    Frantzceau.hyppolite@yahoo.com

Date:  Thursday, June 6, 2019, 11:53 AM PDT

**Debt Collector Validation: Information and Sample Letter**

You can send a similar letter either by facsimile (**save fax receipt**) or by certified mail return receipt requested (**save signed receipt**) so that you have proof of the date the letter was received.

**Sample Letter**

Date

Your Name

Your Address Line 1

Your Address Line 2

Debt Collector

Debt Collector's Address Line 1

Debt Collector's Address Line 2

Dear Sir or Madam:

I request that you send written verification and validation of the debt appearing

on my credit report, identifying: the original creditor, the original amount owed,

date of charge-off and proof that I owe this debt to your company.

Sincerely,

(sign here)


Your name




Once the collector receives your letter, they should send you validation of the debt in question. Sending a letter to a debt collector to which you actually owe money will not get rid of this debt, however. You could still be sued by the creditor or collection agency.




Thank you,

Nicole Dodson




**Nicole Dodson, Paralegal**

**1600 Market Street**

**Suite 2510**

**Philadelphia, PA 19103**

**P 215.735.8600**

**F 215.940.8000**

**E ndodson@consumerlawfirm.com**

**Firm Websites:**

**www.consumerlawfirm.com**

**www.creditreportproblems.com**

**LONG ISLAND UNIVERSITY**
c/o Heartland ECSI
PO Box 1278
Wexford, PA 15090

PRESORTED 06/18/19
FIRST CLASS
06/17/2019
US POSTAGE $00

ZI
041M

IMPORTANT: Account Information Enclosed

FRANTZCEAU HYPPOLITE
954 W EMMAUS AVE
APT 123
ALLENTOWN PA 18103

DGDTPMB 18103



**LONG ISLAND UNIVERSITY**
c/o Heartland ECSI
PO Box 1278
Wexford, PA 15090

PRESORTED
FIRST CLASS
06/17/2019
US POSTAGE $000.

ZIP 15
041M114

IMPORTANT: Account Information Enclosed

FRANTZCEAU HYPPOLITE
954 W EMMAUS AVE
APT 123
ALLENTOWN PA 18103

DGDTPMB 18103



| mount | Name | SSN | Description |
|---|---|---|---|
| 26.61 | FRANTZCEAU HYPPOLITE | 053884562 | Loan Refund |

| | **Borrower Address:** | **Payee Address:** |
|---|---|---|
| RSITY | FRANTZCEAU HYPPOLITE | FRANTZCEAU HYPPOLITE |
| EVARD | 954 W EMMAUS AVE | 954 W EMMAUS AVE |
| 8 | APT 123 | APT 123 |
| | ALLENTOWN PA 18103 | ALLENTOWN PA 18103 |



| Amount | Name | SSN | Description |
|---|---|---|---|
| 26.61 | FRANTZCEAU HYPPOLITE | 053884562 | Loan Refund |

| | Borrower Address: | Payee Address: |
|---|---|---|
| RSITY | FRANTZCEAU HYPPOLITE | FRANTZCEAU HYPPOLITE |
| LEVARD | 954 W EMMAUS AVE | 954 W EMMAUS AVE |
| 8 | APT 123 | APT 123 |
| | ALLENTOWN PA 18103 | ALLENTOWN PA 18103 |

