IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANTZCEAU HYPPOLITE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:19-cv-02965-JDW |
| | : | |
| **LONG ISLAND UNIVERSITY,** | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 23rd day of July, 2019, upon consideration of Plaintiff Frantzceau Hyppolite's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Complaint is **DEEMED** filed;

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum;

4. Hyppolite is given thirty (30) days to file an amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint and shall state the basis for Mr. Hyppolite's claims against each defendant. Defendants who are not named in the caption will not be treated as defendants in this case. When drafting his amended complaint, Mr. Hyppolite should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so ordered by the Court;

5. The Clerk of Court shall send Mr. Hyppolite a blank copy of the Court's form general complaint to be used by a *pro se* plaintiff bearing the above civil action number; and

6. If Mr. Hyppolite fails to comply with this Order, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**