IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANTZCEAU HYPPOLITE,** *Plaintiff,* v. **LONG ISLAND UNIVERSITY, et al.,** *Defendants.* | Case No. 5:19-cv-02965-JDW |

## ORDER

**AND NOW**, this 3rd day of November, 2020, upon consideration of Defendant Long Island University's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 22) and Plaintiff Frantzceau Hyppolite's Response to the Motion to Dismiss (ECF No. 29), for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Court's Order granting Long Island University's Motion to Dismiss as unopposed (ECF No. 28) is **VACATED**; and

2. Defendant Long Island University's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED** and all claims against Long Island University are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge