# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANTZCEAU HYPPOLITE,**  *Plaintiff*  v.  **LONG ISLAND UNIVERSITY,**  *Defendant.* | Case No. 5:19-cv-2965-JDW |

## ORDER

**AND NOW**, this 11th day of March, 2021, in accordance with the Findings of Fact and Conclusions of Law as outlined in the accompanying Memorandum, it is **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant Kevin A. Stevens, P.C., and against Plaintiff Frantzceau Hyppolite.  The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge